| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Maria V. Vasquez** | | Social Security number or ITIN | **xxx–xx–4191** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jose R. Rios** | | Social Security number or ITIN | **xxx–xx–6759** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter | **7   5/22/19** |
| Case number: | **19–14759** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Maria V. Vasquez | | Jose R. Rios |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1853 N. Karlov<br>3rd Floor<br>Chicago, IL 60639 | | 1853 N. Karlov<br>3rd Floor<br>Chicago, IL 60639 |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | | Contact phone 847 520–8100<br>Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen R Goodman ESQ<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Dr<br>Suite 2800<br>Chicago, IL 60601 | | Contact phone (312) 836–4048<br>Email: kgoodman@taftlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor **Maria V. Vasquez** and **Jose R. Rios** Case number **19–14759**

| 6. | **Bankruptcy clerk's office** | Eastern Division | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 219 S Dearborn 7th Floor Chicago, IL 60604 | 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 5/23/19 |
| 7. | **Meeting of creditors** | **July 9, 2019 at 01:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/9/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                Case No. 19-14759-JBS
Maria V. Vasquez                                                      Chapter 7
Jose R. Rios
        Debtors                        CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson           Page 1 of 2         Date Rcvd: May 23, 2019
                              Form ID: 309A           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db/jdb         +Maria V. Vasquez,    Jose R. Rios,    1853 N. Karlov,    3rd Floor,    Chicago, IL 60639-4933
27862743        Auto Market Of Florida,    2741 N Obi,    Kissimmee, FL 34744
27862750       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
                (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
27864890        Cagan Management Group,    Skokie IL 60076
27862748        Commonwealth Edison-Care Center,    Bankruptcy Department,     PO Box 6113,
                 Carol Stream, IL 60197-6113
27862749        Computer Credit, Inc.,    470 W. Hanes Mill Road,    PO Box 5238,    Winston Salem, NC 27113-5238
27862754       +Invitation Homes,   598 N. Lake Blvd,    #100,    Altamonte Springs, FL 32701-5228
27862756        Medical Business Bureau, LLC,    1460 Renaissance Dr., Ste 400,     Park Ridge, IL 60068-1349
27862757       +Payday Loan,   1551 Plainfield,    Joliet, IL 60435-4498
27862758       +Peoples Gas,   Bankruptcy Department,    200 E. Randolph Street,     Chicago, IL 60601-6302
27862760       +Rush University Medical Center,    Rush Behavioral Systems,     2001 Butterfield Rd., #220,
                 Downers Grove, IL 60515-5466
27862766        Wow Internet Cable and Phone,    c/o Credit Management LP,    PO box 1182888,
                 Carrollton, TX 75011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com May 24 2019 02:05:21      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090
tr             +EDI: QKRGOODMAN.COM May 24 2019 05:34:00      Karen R Goodman, ESQ,
                 Taft Stettinius & Hollister LLP,    111 East Wacker Dr,   Suite 2800,    Chicago, IL 60601-4277
27862746        EDI: WFNNB.COM May 24 2019 05:34:00     CB/VICSCRT (Victoria Secret),    PO Box 182128,
                 Columbus, OH 43218-2128
27862745        EDI: WFNNB.COM May 24 2019 05:34:00     CB/Vctrssec,   PO Box 182789,    Columbus, OH 43218-2789
27862750        EDI: CREDPROT.COM May 24 2019 05:33:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240
27862744       +EDI: CAPITALONE.COM May 24 2019 05:34:00      Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
27862747       +EDI: WFNNB.COM May 24 2019 05:34:00     Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
27862751       +EDI: DCI.COM May 24 2019 05:34:00     Diversified Consultant,    P O Box 551268,
                 Jacksonville, FL 32255-1268
27862752       +EDI: DCI.COM May 24 2019 05:34:00     Diversified Consultants,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-2805
27862753        EDI: BLUESTEM May 24 2019 05:34:00     FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
27862761       +EDI: DRIV.COM May 24 2019 05:33:00     Santander Consumer USA,    Bankruptcy Department,
                 PO BOX 961245,    Fort Worth, TX 76161-0244
27862762       +EDI: TCISOLUTIONS.COM May 24 2019 05:34:00      Total Card, Inc.,    5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
27862763       +EDI: VERIZONCOMB.COM May 24 2019 05:33:00      Verizon Wireless,   Po Box 650051,
                 Dallas, TX 75265-0051
27862765       +EDI: WABK.COM May 24 2019 05:33:00     World Finance Corporat,    108 Frederick St,
                 Greenville, SC 29607-2532
27862764       +EDI: WABK.COM May 24 2019 05:33:00     World Finance Corporat,    Po Box 6429,
                 Greenville, SC 29606-6429
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27862755        Medical
27862759        Personal Loan
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
      David M Siegel    on behalf of Debtor 2 Jose R. Rios davidsiegelbk@gmail.com,
       R41057@notify.bestcase.com;johnellmannlaw@gmail.com
      David M Siegel    on behalf of Debtor 1 Maria V. Vasquez davidsiegelbk@gmail.com,
       R41057@notify.bestcase.com;johnellmannlaw@gmail.com
      Karen R Goodman, ESQ    kgoodman@taftlaw.com,
       il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com;kgoodman@ecf.axosfs.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                        TOTAL: 4