| | | |
|---|---|---|
| Debtor 1 | **Maria V. Vasquez** | Social Security number or ITIN  **xxx–xx–4191** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Jose R. Rios** | Social Security number or ITIN  **xxx–xx–6759** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **19–14759**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria V. Vasquez

Jose R. Rios

September 10, 2019

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

In re:                                                        Case No. 19-14759-JBS
Maria V. Vasquez                                              Chapter 7
Jose R. Rios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 2          Date Rcvd: Sep 10, 2019
                             Form ID: 318          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db/jdb       +Maria V. Vasquez,    Jose R. Rios,    1853 N. Karlov,    3rd Floor,    Chicago, IL 60639-5032
27862743      Auto Market Of Florida,    2741 N Obi,    Kissimmee, FL 34744
27864890      Cagan Management Group,    Skokie IL 60076
27862748      Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
              Carol Stream, IL 60197-6113
27862749      Computer Credit, Inc.,    470 W. Hanes Mill Road,    PO Box 5238,    Winston Salem, NC 27113-5238
27862754     +Invitation Homes,    598 N. Lake Blvd.,    #100,    Altamonte Springs, FL 32701-5228
27862756      Medical Business Bureau, LLC,    1460 Renaissance Dr., Ste 400,    Park Ridge, IL 60068-1349
27862757     +Payday Loan,    1551 Plainfield,    Joliet, IL 60435-4498
27862758     +Peoples Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
27862760     +Rush University Medical Center,    Rush Behavioral Systems,    2001 Butterfield Rd., #220,
              Downers Grove, IL 60515-5466
27862766      Wow Internet Cable and Phone,    c/o Credit Management LP,    PO box 1182888,
              Carrollton, TX 75011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QKRGOODMAN.COM Sep 11 2019 06:23:00      Karen R Goodman, ESQ,    Crane, Simon, Clar & Dan,
              135 South LaSalle Street,    Suite 3705,    Chicago, IL 60603-4101
27862746      EDI: WFNNB.COM Sep 11 2019 06:23:00       CB/VICSCRT (Victoria Secret),    PO Box 182128,
              Columbus, OH 43218-2128
27862745      EDI: WFNNB.COM Sep 11 2019 06:23:00       CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
27862750     +EDI: CREDPROT.COM Sep 11 2019 06:23:00      Credit Protection Asso.,    13355 Noel Rd Ste 2100,
              Dallas, TX 75240
27862744     +EDI: CAPITALONE.COM Sep 11 2019 06:23:00      Capital One Bank Usa N,    Po Box 30281,
              Salt Lake City, UT 84130-0281
27862747     +EDI: WFNNB.COM Sep 11 2019 06:23:00       Comenitybank/victoria,    Po Box 182789,
              Columbus, OH 43218-2789
27862751     +EDI: DCI.COM Sep 11 2019 06:23:00      Diversified Consultant,    P O Box 551268,
              Jacksonville, FL 32255-1268
27862752      EDI: DCI.COM Sep 11 2019 06:23:00      Diversified Consultants,    10550 Deerwood Park Blvd,
              Jacksonville, FL 32256-0596
27862753      EDI: BLUESTEM Sep 11 2019 06:23:00      FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
              Saint Cloud, MN 56303-0820
27862761     +EDI: DRIV.COM Sep 11 2019 06:23:00      Santander Consumer USA,    Bankruptcy Department,
              PO BOX 961245,    Fort Worth, TX 76161-0244
27866255     +EDI: RMSC.COM Sep 11 2019 06:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
27862762     +EDI: TCISOLUTIONS.COM Sep 11 2019 06:23:00      Total Card, Inc.,    5109 S. Broadband Lane,
              Sioux Falls, SD 57108-2208
27862763     +EDI: VERIZONCOMB.COM Sep 11 2019 06:23:00      Verizon Wireless,    Po Box 650051,
              Dallas, TX 75265-0051
27862765     +EDI: WABK.COM Sep 11 2019 06:23:00      World Finance Corporat,    108 Frederick St,
              Greenville, SC 29607-2532
27862764     +EDI: WABK.COM Sep 11 2019 06:23:00      World Finance Corporat,    Po Box 6429,
              Greenville, SC 29606-6429
                                                                             TOTAL: 15
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27862755      Medical
27862759      Personal Loan
                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                    Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
        David M Siegel    on behalf of Debtor 2 Jose R. Rios davidsiegelbk@gmail.com,
    R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        David M Siegel    on behalf of Debtor 1 Maria V. Vasquez davidsiegelbk@gmail.com,
    R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        Karen R Goodman, ESQ    kgoodman@cranesimon.com,
    i124@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                              TOTAL: 4